# Court of Appeals
# of the State of Georgia

ATLANTA, July 25, 2023

*The Court of Appeals hereby passes the following order*

**A23I0254. R.P. GARRISON AS AN INDIVIDUAL AND AS ADMINISTRATOR OF THE ESTATE OF JEANNIE SUE GARRISON v. CEDAR COMMUNITIES REALTY HOLDING AT BOUNTIFUL HILLS LLC et al.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

22C07555



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, July 25, 2023.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen , Clerk.*